# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
#### Case No. 5:18-CR-217-2D

UNITED STATES OF AMERICA

        **VS.**                      **ORDER**

LAQUIN LAMAR CORBIN

     IT IS HEREBY ORDERED that the following government exhibits be returned to Roger B. Moore, Jr. and remain in his or her custody through the time of sentencing and any proceeding on appeal or review.

| EXHIBIT # | EXHIBIT DESCRIPTION |
|-----------|---------------------|
| 1 | Rifle w/magazine |
| 1a | Rounds from AR magazine |
| 2 | Handgun .380 |
| 2a | Rounds from .380 magazine |
| 3 | Extended magazine .380 |
| 3a | Rounds from extended mag .380 |
| 5 | Bag of .380 ammo from closet |
| 6 | .40 cal ammo tray |
| 7 | Box of Federal .40 ammo |
|  |  |

     SO ORDERED. This _23_ day of January 2019.

Case Agent: _____
                        Signature

_____
JAMES C. DEVER III
United States District Judge